IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON


ANA LISA RICKS,

     Petitioner,   :    Case No. 3:11-cv-240


 - v -          District Judge Walter H. Rice
               Magistrate Judge Michael R. Merz


GININE TRIM, WARDEN,
 Ohio Reformatory for Women,

     Respondent.   :


# DECISION AND ORDER


This habeas corpus case is before the Court on Petitioner's Motion for further post-pleading proceedings (Doc. No. 11).  Of the requests she makes, Petitioner has already received reference of the case to a Magistrate Judge which is automatic in the Southern District of Ohio. She has not made the required showing of good cause for discovery, nor has she proffered facts to be shown at an evidentiary hearing which would satisfy the requirements of 28 U.S.C. § 2254(e)(2) and decided *Cullen v. Pinholster,* 563 U.S. ___, 131 S.Ct. 1388 (2011).  The records of prior proceedings have been filed with the Return of Writ and Petitioner has not offered any material which she suggests should be added as an expansion of the record, nor has she advised the Court of any experts she desires to employ.

- 1 -

Accordingly, the Motion is DENIED except to the extent the relief requested therein has already been granted.

June 15, 2012.

s/ **Michael R. Merz**

United States Magistrate Judge