IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANA LISA RICKS, :

    Petitioner, :    Case No.   3:11-cv-240

    vs. :
                                    JUDGE WALTER HERBERT RICE
GININE TRIM, Warden, :
Ohio Reformatory for Women,
                            :

    Respondent

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS AS CORRECTED (DOCS. ##17, 22), SUPPLEMENTAL REPORT AND RECOMMENDATIONS (DOC. #22), AND SECOND SUPPLEMENTAL REPORT AND RECOMMENDATIONS (DOC. #24) IN THEIR ENTIRETY; OVERRULING PETITIONER'S OBJECTIONS THERETO (DOCS. ##19, 20, 23, 25); DISMISSING WITH PREJUDICE GROUNDS ONE, TWO, AND THREE OF THE PETITION FOR A WRIT OF HABEAS CORPUS (DOC. #4), AND DISMISSING GROUND FOUR WITHOUT PREJUDICE; DENYING ANTICIPATED REQUEST FOR CERTIFICATE OF APPEALABILITY AND MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*; TERMINATION ENTRY

---

    Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael R. Merz, in his Report and Recommendations, filed June 18, 2012 (Doc. #17), as corrected by Doc. #22, his Supplemental Report and Recommendations, filed July 6, 2012 (Doc. #22), and his Second Supplemental Report and Recommendations, filed July 11, 2012 (Doc. #24), as well as upon a thorough *de novo* review of this Court's file and the applicable law, this Court adopts said judicial filings in their entirety. Petitioner's objections to said judicial filings (Docs. ##19, 20, 23,

and 25) are overruled.

Grounds One, Two, and Three of the Petition for a Writ of Habeas Corpus (Doc. #4) are dismissed with prejudice. Ground Four of the Petition is dismissed without prejudice, as non-cognizable.

Given that Petitioner has not made a substantial showing of the denial of a constitutional right and, further, that the Court's decision herein would not be debatable among reasonable jurists, and because any appeal from this Court's decision would be objectively frivolous, Petitioner is denied a certificate of appealability and denied leave to appeal *in forma pauperis*.

Judgment will be entered in favor of Respondent and against Petitioner. The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: September 27, 2012

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE